**Below is the Order of the Court.**



**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re: ) Case No. 19-42260
)
BREANNA DEE MADRID, ) AGREED ORDER ON OBJECTION
) TO CLAIMS
Debtor(s). )
)

THIS MATTER having come on duly and regularly for hearing before the Court, upon the motion of the debtor(s), by and through attorney, Ann Manley, objecting to the claims filed by Global Credit Union, and Global Credit Union appearing through its attorney Bruce K. Medeiros, it is hereby

ORDERED that claim no. 1 of Global Credit Union is allowed as a secured claim in the amount of $4,873.00 to be paid at 5.99% interest, with the remainder allowed as a general unsecured claim. It is further

ORDERED that claim no. 2 of Global Credit Union is allowed as a general unsecured claim in the amount of $1,541.03.

ORDER -1-

The Manley Law Firm, P.S., Inc.
Attorneys at Law
PO Box 16324
Seattle, Washington 98116
Ph: (206)292-3064  Fax: (206)292-3914

Case 19-42260-MJH    Doc 24    Filed 10/03/19    Ent. 10/03/19 12:08:18    Pg. 1 of 2

/// END OF ORDER///

Presented by:                                    Agreed to/Notice of presentation waived:

/s/ Ann Manley                                    /s/ Bruce K. Medeiros
Ann Manley, WSBA# 24306                           Bruce K. Medeiros, WSBA# 16380
Attorney for Debtor                               Attorney for Global Credit Union

ORDER -2-

The Manley Law Firm, P.S., Inc.
Attorneys at Law
PO Box 16324
Seattle, Washington 98116
Ph: (206)292-3064  Fax: (206)292-3914

Case 19-42260-MJH    Doc 24    Filed 10/03/19    Ent. 10/03/19 12:08:18    Pg. 2 of 2