Honorable Mary Jo Heston
Chapter 13

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-42260 |
| | ) | |
| BREANNA DEE MADRID, | ) | EX PARTE ORDER APPROVING |
| | ) | POST-CONFIRMATION |
| Debtor(s). | ) | MODIFICATION OF PLAN |
| | ) | |

THIS MATTER having come on regularly before the Court on the debtor's Ex Parte Motion for Post-Confirmation Modification of Plan. The Court has considered the Motion, the records and files in this case, and the oral argument, if any, and found good cause to grant the motion.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The amended Chapter 13 Plan (ECF No. 32) is approved.

2. The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with this order.

3. The Chapter 13 Trustee is allowed to disburse the funds on hand to creditors pursuant to the terms of the plan.

///End of Order///

Presented by:  Approved:
THE MANLEY LAW FIRM
 /s/ Ann C. Manley   /s/ Michael G. Malaier
Ann C. Manley, WSBA #24306  Michael G. Malaier
Attorney for Debtor(s)  Chapter 13 Trustee

ORDER INCREASING PLAN
PAYMENTS -1-

The Manley Law Firm, PS Inc.
Attorneys at Law
PO Box 16324
Seattle, Washington 98116
Ph: (206)292-3064  Fax: (206)292-3914