# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>BREANNA DEE MADRID,<br><br>Debtor. | Case No. 19-42260-MJH<br><br>EX PARTE ORDER DIRECTING RULE 2004 EXAMINATION OF BREANNA DEE MADRID |

**THE COURT** has considered the *ex parte* motion of Michael G. Malaier, Chapter 13 Standing Trustee, for an Order directing Breanna Dee Madrid to appear for examination under oath (the "Motion"), and good cause appearing to grant the Motion,

**IT IS HEREBY ORDERED** that:

A. The Motion is granted;

B. Breanna Dee Madrid, shall appear for examination under oath pursuant to any subpoena issued herein pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure;

C. Breanna Dee Madrid, shall produce documents pursuant to any subpoena issued herein pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure; and

Ex Parte Order Directing
Rule 2004 Examination - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

D. Breanna Dee Madrid, will be given no fewer than ten (10) days' notice of examination under any subpoena issued pursuant to the terms of this Order.

///END OF ORDER///

Presented by:

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA No. 41847
Staff Attorney for
Michael G. Malaier, Chapter 13 Standing Trustee

Ex Parte Order Directing
Rule 2004 Examination - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

Case 19-42260-MJH    Doc 39    Filed 03/06/23    Ent. 03/06/23 11:31:02    Pg. 2 of 2